IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CHERYL SCHWARZWAELDER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 12-1174 |
| | ) | Judge Terrence F. McVerry |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| Defendant. | ) | |

## MEMORANDUM ORDER

The Complaint filed by Plaintiff Cheryl Schwarzwaelder against the Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security ("Commissioner"), was received by this Court on August 15, 2012, and the matter was referred to Chief United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Report and Recommendation (ECF No. 26) filed on June 10, 2013, recommended that Plaintiff's Motion for Summary Judgment (ECF Nos. 11 & 15) be denied, that the Commissioner's Motion for Summary Judgment (ECF No. 21) be granted, and that the Commissioner's decision be affirmed. Service was made on all counsel of record. The parties were informed that, in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, they had fourteen (14) days to file written objections to the Report and Recommendation. Plaintiff filed Objections to the Report and Recommendation (ECF No. 30) on July 1, 2013. Defendant filed a Response to the Objections (ECF No. 31) on July 26, 2013.

After review of the pleadings and documents in this case, together with the Report and Recommendation, objections, and response to objections, the following order is entered:

**AND NOW**, this 5th day of August, 2013,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment (ECF Nos. 11 & 15) is **DENIED**, that the Defendant's Motion for Summary Judgment (ECF No. 21) is **GRANTED**, and that the decision of the Commissioner is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Chief Magistrate Judge Lenihan (ECF No. 26) is adopted as the opinion of the Court.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc: All Counsel of Record
*Via Electronic Mail*